# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDITH D. WALKER,**

        **Plaintiff,**

**-vs-**                                                         **Case No. 6:10-cv-396-Orl-22KRS**

**COMMISSION OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Complaint seeking review of the final decision of the Commissioner of Social Security denying Plaintiff's claim for social security benefits (Doc. No. 1) filed on March 15, 2010.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and that the case be remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 6, 2011 (Doc. No. 9) is ADOPTED and CONFIRMED and made a part of this Order.

2. The decision of the Commissioner is hereby REVERSED and the case is hereby REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). The Clerk is directed to enter a Judgement accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 24, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge