# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDITH D. WALKER,**

        Plaintiff,

-vs-                                        **Case No. 6:10-cv-396-Orl-22KRS**

**COMMISSION OF SOCIAL SECURITY,**

        Defendant.

_____

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees and Costs (Doc. No. 13) filed on April 19, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 22, 2011 (Doc. No. 14) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees and Costs (Doc. No. 13) is GRANTED.

3.  The Commissioner is hereby directed to pay to Plaintiff Judith D. Walker $2,000.00 in attorneys' fees, and $350.00 in costs.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 10, 2011.

JOHN ANTOON II
United States District Judge
(Signed in the absence of
 Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record